B18 (Official Form 18) (12/07)

# United States Bankruptcy Court

Southern District of New York
Case No. <u>10–35049–cgm</u>
**Chapter 7**

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

   Stephen R. Fonda                                     Elizabeth G. Fonda
   193 Vassar Road                                     dba Hudson Valley Closers
   Poughkeepsie, NY 12603                      191 Vassar Road
                                                        Poughkeepsie, NY 12603

Last four digits of Social–Security or other Individual Taxpayer–Identification No(s)(if any):
   xxx–xx–4145                                                xxx–xx–7035

Employer Tax–Identification No(s).(EIN)[if any]:

## DISCHARGE OF DEBTOR

It appearing that the debtor is entitled to a discharge,

**IT IS ORDERED:**

The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

                                                                               BY THE COURT

Dated: <u>April 20, 2010</u>                                      <u>Cecelia G. Morris</u>
                                                                  United States Bankruptcy Judge

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts that are Not Discharged.**

Some of the common types of debts which are <u>not</u> discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes;

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans.

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

# CERTIFICATE OF NOTICE

```
District/off: 0208-4          User: cwelsh              Page 1 of 2              Date Rcvd: Apr 20, 2010
Case: 10-35049                Form ID: b18              Total Noticed: 41
```

The following entities were noticed by first class mail on Apr 22, 2010.
```
db           +Stephen R. Fonda,    193 Vassar Road,    Poughkeepsie, NY 12603-5449
jdb          +Elizabeth G. Fonda,    191 Vassar Road,    Poughkeepsie, NY 12603-5449
aty          +Paul L. Banner, Esq.,    Banner & Banner,    515 Haight Avenue,    Poughkeepsie, NY 12603-2468
tr           +Thomas Genova, Trustee,    1136 Route 9,    Wappingers Falls, NY 12590-4905
ust          +United States Trustee,    74 Chapel Street,    Albany, NY 12207-2190
5067813      +ACADEMY COLLECTION,    10965 DECATUR ROAD,    PHILADELPHIA, PA 19154-3294
5067815       BONDED COLLECTION CORP.,    PO BOX 1022,    WIXOM, MI 48393-1022
5067816       CABLEVISION,    719 OLD ROUTE 9NORTH,    WAPPINGERS FALLS, NY 12590
5067818       CENTRAL HUDSON GAS & ELECTRIC,    284 SOUTH AVENUE,    POUGHKEEPSIE, NY 12601-4839
5067819       CHASE,    PO BOX 78035,    PHOENIX, AZ 85062-8035
5067823       CITICORP CREDIT SERVICES, INC.,    131 TOWER PARK, STE 100,    PO BOX 2547,
               WATERLOO, IA 50704-2547
5067824      +CODY FONDA,    191 VASSAR ROAD,    POUGHKEEPSIE, NY 12603-5449
5067825      +CORBALLY, GARTLAND & RAPPLEYEA,    35 MARKET STREET,    POUGHKEEPSIE, NY 12601-3285
5067829       FMA ALLIANCE LTD.,    1181 NORTH FREEWAY STE 900,    HOUSTON, TX 77060
5067830       GULF MASTERCARD,    CARD SERVICES,    PO BOX 13337,    PHILADELPHIA, PA 19101-3337
5067831      +HOWARD H. STEIN, ESQ.,    STEIN, WIENER & ROTH LLP,    ONE OLD COUNTRY ROAT, STE 113,
               CARLE PLACE, NY 11514-1847
5067832      +HUDSON VALLEY FEDERAL CREDIT U,    159 BARNEGAT ROAD,    POUGHKEEPSIE, NY 12601-5454
5067833       INTERNAL REVENUE SERVICE,    HOLTSVILLE, NY 11742-9019
5067837      +NORTHLAND GROUP, INC.,    P.O. BOX 390905,    MINNEAPOLIS, MN 55439-0905
5067838      +PATRICIA COUGHLIN,    52 TREE TOP LANE,    POUGHKEEPSIE, NY 12603-4820
5067839      +PROGRESSIVE FINANCIAL SERVICES,    PO BOX 22083,    TEMPE, AZ 85285-2083
5067841      +SEARS CARD,    PO BOX 183081,    COLUMBUS, OH 43218-3081
5067842      +SEARS CREDIT CARDS,    P.O BOX 183081,    COLUMBUS, OH 43218-3081
5067843       SEARS GOLD MASTERCARD,    PO BOX 183082,    COLUMBUS, OH 43218-3082
5067844       SUNOCO,    PROCESSING CENTER,    PO BOX 689155,    DES MOINES, IA 50368-9155
5067845      +US BANK HOME MORTGAGE,    4801 FREDERICA STREET,    OWENSBORO, KY 42301-7441
5067847      +WACHOVIA DEALER SERVICES,    PO BOX 51470,    ONTARIO, CA 91761-0070
```

The following entities were noticed by electronic transmission on Apr 20, 2010.
```
tr           +EDI: QTGENOVA.COM Apr 20 2010 15:48:00     Thomas Genova, Trustee,    1136 Route 9,
               Wappingers Falls, NY 12590-4905
5067814       EDI: BANKAMER.COM Apr 20 2010 15:48:00     BANK OF AMERICA,    PO BOX 15019,
               WILMINGTON, DE 19886-5019
5067817      +EDI: CBCSI.COM Apr 20 2010 15:48:00     CBCS,    PO BOX 165025,    COLUMBUS, OH 43216-5025
5067820       EDI: CHASE.COM Apr 20 2010 15:48:00     CHASE,    CARD MEMBER SERVICES,    PO BOX 15153,
               WILMINGTON, DE 19886-5548
5067821      +EDI: CHASE.COM Apr 20 2010 15:48:00     CHASE,    P.O. BOX 15153,    WILMINGTON, DE 19886-5153
5067822       EDI: CHASE.COM Apr 20 2010 15:48:00     CHASE CARDMEMBER SERVICES,    P.O. BOX 15153,
               WILMINGTON, DE 19886-5153
5067826       EDI: DISCOVER.COM Apr 20 2010 15:48:00     DISCOVER,    P.O. BOX 6103,
               CAROL STREAM, IL 60197-6103
5067827       EDI: BANKAMER.COM Apr 20 2010 15:48:00     FIA CARD SERVICES,    PO BOX 15019,
               WILMINGTON, DE 19886-5019
5067828       EDI: BANKAMER.COM Apr 20 2010 15:48:00     FIA CARD SERVICES,    PO BOX 15026,
               WILMINGTON, DE 19886-5019
5067834       EDI: IRS.COM Apr 20 2010 15:48:00     INTERNAL REVENUE SERVICE,    PO BOX 480 MAIL STOP 660,
               HOLTSVILLE, NY 11742-0480
5067835       EDI: IRS.COM Apr 20 2010 15:48:00     IRS,    ANDOVER, MA 05501
5067836       EDI: CBSKOHLS.COM Apr 20 2010 15:48:00     KOHL'S,    PO BOX 2983,    MILWAUKEE, WI 53201-2983
5067840      +EDI: RMSC.COM Apr 20 2010 15:48:00     SAM'S CLUB,    P.O. BOX 530942,    ATLANTA, GA 30353-0942
5067841      +EDI: SEARS.COM Apr 20 2010 15:48:00     SEARS CARD,    PO BOX 183081,    COLUMBUS, OH 43218-3081
5067842      +EDI: SEARS.COM Apr 20 2010 15:48:00     SEARS CREDIT CARDS,    P.O BOX 183081,
               COLUMBUS, OH 43218-3081
5067843       EDI: SEARS.COM Apr 20 2010 15:48:00     SEARS GOLD MASTERCARD,    PO BOX 183082,
               COLUMBUS, OH 43218-3082
5067845      +EDI: USBANKARS.COM Apr 20 2010 15:48:00     US BANK HOME MORTGAGE,    4801 FREDERICA STREET,
               OWENSBORO, KY 42301-7441
5067846       EDI: FUNB.COM Apr 20 2010 15:48:00     WACHOVIA BANK,    PO BOX 530554,    ATLANTA, GA 30353-0554
5067848       EDI: CHASE.COM Apr 20 2010 15:48:00     WASHINGTON MUTUAL,    P.O. BOX 78148,
               PHOENIX, AZ 85062-8148
                                                                                               TOTAL: 19

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr            Wachovia Bank, N.A.
                                                                                               TOTALS: 1, * 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 22, 2010**               **Signature:**     *Joseph Speetjens*